# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Peter H. Moller <br> *Plaintiff* <br> v. <br> Commmissioner pf Social Security <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 3:16-CV-365 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Defendant Commissioner and against Plaintiff; Commissioner's non-disability determination is affirmed; case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for

Date: 1/24/18

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk